ROSENBERG LAW FIRM
137 Court Street, Fl. 2
Brooklyn, NY 11201
Tel: (718) 715-4845
office@rosenbergpllc.com

November 13, 2024

HONORABLE EDGARDO RAMOS
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re:   <u>USA v. Young Freeman Perry</u> – **24-cr-00093**
      **Motion to Modify Conditions of Pretrial Release for Travel
      to Travel to Florida for Nephew's Wedding**

Your Honor:

I represent Young Freeman Perry in the above-mentioned matter.

I am respectfully requesting the Court to modify Mr. Perry's conditions of pretrial release so that he can travel to attend his nephew's wedding in Melbourne, Florida, from Saturday, November 16, 2024 to Monday, November 18, 2024.

Pretrial services does not oppose this travel, and the government adopts the position of pretrial services.

Thank you for your time and consideration on short notice.

Respectfully submitted,

/s/ [signature]

Jonathan Rosenberg
137 Court Street, Fl. 2
Brooklyn, N.Y. 11201
(718) 715-4845
*Attorneys for Young Freeman Perry*

cc:   *All Parties via ECF*

> The application for permission to travel is granted.
> SO ORDERED.
>
> [signature]
> Edgardo Ramos, U.S.D.J.
> Dated:  11/13/2024
> New York, New York

***