**MEMO ENDORSED**

ROSENBERG LAW FIRM
137 Court Street, Fl. 2
Brooklyn, NY 11201
Tel: (718) 715-4845
office@rosenbergpllc.com

September 25, 2025

**VIA ECF**
HONORABLE EDGARDO RAMOS
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

> The trial is adjourned to February 9, 2026, at 9:30 a.m. The final pretrial conference is adjourned to February 5, 2026, at 2 PM. Motions in limine, proposed voir dire, proposed jury instructions, and proposed jury verdict are due November 10, 2025. Responses thereto are due November 24, 2025.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 9/26/2025
> New York, New York

Re:   *USA v. Young Freeman Perry* – **24-cr-00093**
      **Motion to Adjourn Trial on Consent of Government**

Your Honor:

I represent Young Freeman Perry in the above-mentioned matter.

My office respectfully requests an approximately two-month adjournment of the trial in Mr. Perry's case, from December 8, 2025, to in and around February of 2026. This request is made with the consent of the government. The parties take the trial schedule of the Court very seriously, and do not make this request lightly.

A full-time associate with my law office has a health issue that will require her to be away from work for three months, beginning on or around November 1, 2025, and ending on or around February 1, 2026. Having recently received this information, it would be an extraordinary hardship to effectively prepare for, and conduct, Mr. Perry's trial without this associate's assistance.

The defendant waives speedy trial time for any adjournment that may be granted upon this request. Thank you for your time and consideration.

Respectfully submitted,

/s/ *[signature]*

Jonathan Rosenberg
137 Court Street, Fl. 2
Brooklyn, N.Y. 11201
(718) 715-4845
*Attorneys for Young Freeman Perry*

cc:   *All Parties via ECF*

***