

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 15, 2025

**BY ECF AND EMAIL**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   *United States v. Freeman Perry*, 24 Cr. 93 (ER)

Dear Judge Ramos:

The Government respectfully writes with the consent of counsel for the defendant to request that the Court enter the following pre-trail deadlines in addition to those already entered by the Court:

- December 29, 2025: Both parties to provide expert notice; defense to provide notice of any advice-of-counsel and/or presence-of-counsel defense.
- January 5, 2026: Government to provide Rule 404(b) notice.
- January 19, 2026: Government to produce 3500 material.
- January 26, 2026: Both parties to exchange preliminary exhibits and exhibit lists; defense to produce Rule 26.2 material and Rule 16 material.

Accordingly, and in the interest of facilitating the parties' preparations for trial, the Government respectfully requests that the Court endorse this letter and set the aforementioned deadlines.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:   */s/ Henry L. Ross*
      Dana R. McCann
      Henry L. Ross
      Assistant United States Attorneys
      (212) 637- 2308 / 2442

The schedule is approved.  The Clerk of the Court is respectfully directed to terminate the motion, doc. 63.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  12/16/2025
New York, New York

cc:   Jonathan Rosenberg, Esq. (by ECF and email)
      Hilary Chernin, Esq. (by ECF and email)