UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

          - against-

YOUNG FREEMAN PERRY,

                 Defendant.
-------------------------------------------------x

**ORDER**

24 Cr. 93 (ER)

Ramos, D.J.:

Arraignment on the superseding indictment will be held on **January 22, 2026, at 10:30 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: January 20, 2026
       New York, New York

                            Edgardo Ramos, U.S.D.J.