UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

YOUNG FREEMAN PERRY,

Defendant.

**ORDER**

24 Cr. 93 (ER)

RAMOS, D.J.:

The following Trial Scheduling Order is hereby adopted:

1. A trial has been scheduled for this case to begin on **November 9, 2026, at 9:30 AM**.

2. Motions *in limine*, proposed jury instructions, *voir dire* questions, and verdict sheet are due by **October 13, 2026**, and objections thereto are due by **October 26, 2026**.

3. The final pretrial conference will be held on **November 5, 2026, at 2:30 PM**.

It is SO ORDERED.

Dated:  June 25, 2026
        New York, New York

_____
        Edgardo Ramos, U.S.D.J.